[No. 58533-9-I.   Division One.   October 1, 2007.]

G. THOMAS RUEBEL ET AL., *Respondents*, v. CAMANO ISLAND REALTY, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Island County, No. 03-2-00516-3, Vickie I. Churchill, J., entered June 8, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Baker and Cox, JJ.

[No. 58545-2-I.   Division One.   October 1, 2007.]

PAN ABODE HOMES, INC., *Appellant*, v. TAHRAOUI ABDULFHAFID, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-33408-8, William L. Downing, J., entered July 14, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58649-1-I.   Division One.   October 1, 2007.]

ADRIAN LUNGU, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-08031-9, Joan E. DuBuque, J., entered August 2, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58738-2-I.   Division One.   October 1, 2007.]

OMAR LEE ET AL., *Appellants*, v. DANIEL CURTIS SHANE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-30865-6, Andrea A. Darvis, J., entered August 11, 2006. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Baker, JJ.